# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| JANNIE RICHARDSON ) | Case No. 10-16450 SBB |
| ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| _____ ) | |
| ) | |
| C. RANDALL LEWIS ) | Adversary No.12-1075 SBB |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| DA NAM KO, individually and as Trustee ) | |
| for the Allen Richardson Dynasty Trust; as ) | |
| Trustee for the Jessica Stinson Dynasty ) | |
| Trust; and as Trustee for The Jeffrey Stinson ) | |
| Dynasty Trust; THE ALLEN RICHARDSON ) | |
| DYNASTY TRUST, by and through Da Nam ) | |
| Ko, trustee; THE JESSICA STINSON ) | |
| DYNASTY TRUST, by and through Da Nam ) | |
| Ko, trustee; THE JEFFREY STINSON ) | |
| DYNASTY TRUST, by and through Da Nam ) | |
| Ko, trustee; and JANNIE RICHARDSON ) | |
| a/k/a Jannie Richardson, individually, ) | |
| ) | |
| Defendants. ) | |

## ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on 3/1/2012 and the relevant responses and replies thereto, if any. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference. The Clerk of the Bankruptcy Court shall further transmit any relevant documents to the U.S. District Court for further action, including:

1. The Response to the Motion to Withdraw Reference filed by C. Randall Lewis ("Plaintiff") on March 16, 2012 (Docket #14);

2. The Reply to the Response to the Motion to Withdraw Reference filed Da Nam Ko, The Allen Richardson Dynasty Trust, The Jeffery Stinson Dynasty Trust, The Jessica Stinson Dynasty Trust ("Defendants") on March 23, 2012 (Docket #18);

3. The Plaintiff's Motion to Strike Jury Demand filed on March 23, 2012 (Docket #19);

    4.       The Plaintiff's Motion to Dismiss Counterclaims filed on March 23, 2012 (Docket #20); and

    5.       The Unopposed Motion to Extend Time to Respond to Plaintiff's Motion to Dismiss Counterclaims and Motion to Strike Jury Demand filed on April 2, 2012 (Docket #25).

To the extent that the District Court determines that any further action is required by this Court with respect to the related pleadings, this Court will act accordingly.

Dated: April 4, 2012

BY THE COURT:

_____
United States Bankruptcy Court Judge